**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

In re: Patrick M. Baker                                    Case No: 10-13821

           Debtor,                                              Chapter: 13

ORDER DISMISSING CASE FOR FAILURE TO FILE MISSING DOCUMENTS

Pursuant to this Court's 14 Day Order re: Missing Documents and Automatic Dismissal if documents are not timely filed, issued on 9/14/2010, and after this court's order granting Debtor's Motion to Extend Time (doc. # 10), and the Debtor's failure to comply therewith by timely filing the missing documents, it is hereby ORDERED that the within case be and is DISMISSED.

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Entered on Docket: 10/14/2010
Document Number: 13